THE COVINGTON DRAWBRIDGE COMPANY *v.* THE AUDITOR
AND TREASURER OF WARREN COUNTY.

APPEAL from the *Warren* Court of Common Pleas. · *Per Curiam.*—The judgment in this case is affirmed upon the authority of *Adamson* v. *The Auditor, &c.*, 9 Ind. R. 174, the points arising in the record of each case being similar.

*Tuesday, June 5.*

The judgment is affirmed with costs.

*R. A. Chandler*, for the appellants.